MAURICE SCHACK, Respondent, v. NEW YORK SAFETY RESERVE FUND, Appellant, Impleaded with Others.— Order unanimously modified by granting items I and II; II-a and IV to the extent of requiring plaintiff to furnish a general statement of his services; and item V; and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Verified bill of particulars to be served within twenty days after service of a copy of the order

to be entered herein. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.